# Court of Appeals
## Tenth Appellate District of Texas

10-25-00485-CR

In re Thomas Blanchard

Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Thomas Blanchard filed an application for a writ of habeas corpus. The application was filed as an original proceeding in this Court contending that Blanchard is being illegally confined and unlawfully restrained in Brazos County, Texas.

Original jurisdiction to issue a writ of habeas corpus in a criminal proceeding is limited to the Texas Court of Criminal Appeals, the district courts, and the county courts. *See* TEX. CODE CRIM. PROC. art. 11.05. In the application, Blanchard does not allege that he has filed a petition for a writ of habeas corpus in the trial court from which he is attempting to appeal. Because he is seeking direct relief from this Court, we lack jurisdiction in this proceeding. *See Ex parte Twyman*, 716 S.W.2d 951, 952 (Tex. Crim. App. 1986).

The petition for writ of habeas corpus filed by Blanchard on December 23, 2025, is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 52.8(a).

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  January 8, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Petition dismissed
Do Not Publish
OT06

